## MOSKOWITZ v. POWER ET AL.

No. 770.   Decided January 19, 1970

*Daniel G. Collins* for appellant.

*Louis J. Lefkowitz, pro se,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Philip Kahaner* and *Robert S. Hammer,* Assistant Attorneys General, for appellee the Attorney General of New York.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## BLINCOE ET UX. v. WATSON, ASSESSOR, ET AL.

No. 808.   Decided January 19, 1970

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.